FILED
STATESVILLE, N.C.

APR 1 9 2016

U.S. District Court
Western District of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>(1) TEOFILO SALINAS CERVIN, )<br>   also known as "Enrique Sandoval Arizmendi" )<br>) | Docket No. 5:16-cr- 20<br><br>**BILL OF INFORMATION**<br><br>Violations:<br>21 U.S.C. § 841<br>21 U.S.C. § 846 |

## THE UNITED STATES CHARGES:

### COUNT ONE
### (Methamphetamine Trafficking Conspiracy)

From in or about 2014 to in or about September 2015, in Watauga County, Wilkes County, and Ashe County, within the Western District of North Carolina, and elsewhere, the Defendant,

(1) TEOFILO SALINAS CERVIN,
also known as "Enrique Sandoval Arizmendi,"

did knowingly and intentionally conspire and agree with other persons, known and unknown to the United States, to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Quantity of Methamphetamine Involved in the Conspiracy

It is further alleged that, with respect to the conspiracy offense charged in Count One, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by Defendant (1) TEOFILO SALINAS CERVIN, also known as "Enrique Sandoval Arizmendi." Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to him.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

    a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

    b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

    c. All firearms or ammunition involved or used in such violations; and

    d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), and (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

There is probable cause to believe that the following property seized during this investigation on September 17, 2015, from the residence of Defendant (1) TEOFILO SALINAS CERVIN, also known as "Enrique Sandoval Arizmendi," is subject to forfeiture on one or more of the grounds stated above:

- One Smith & Wesson Bodyguard .380 handgun (serial number EAL6310);
- One SKS rifle, KBI-Inc. HBG PA (serial number RH018680);
- One Maverick model 88 shotgun (serial number MV47201); and
- Numerous rounds of various calibers of ammunition.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY