**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7191

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TEOFILO SALINAS CERVIN, a/k/a Enrique Sandoval Arizmendi,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:16-cr-00020-KDB-DSC-1)

Submitted:  May 30, 2024                                              Decided:  June 4, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Teofilo Salinas Cervin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teofilo Salinas Cervin appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Cervin*, No. 5:16-cr-00020-KDB-DSC-1 (W.D.N.C. Nov. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*